|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |
| 3 RAYMOND J. BEAL, | Case No. 3:18-cv-00111-RCJ-WGC |
| 4 Plaintiff | ORDER |
| 5 v. | |
| 6 ROMEO ARANAS et al., | |
| 7 Defendants | |

## I. DISCUSSION

The Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 4) as moot because Plaintiff is no longer incarcerated. (*See* ECF No. 5). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court also denies as moot the motion to proceed with the application to proceed *in forma pauperis* for prisoners (ECF No. 6). The Court notes that this case is in line for screening and that the Court will issue a screening order in due course.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

IT IS FURTHER ORDERED that the motion to proceed with application to proceed

1 | *in forma pauperis* (ECF No. 6) is denied as moot.

3 | DATED: January 22, 2019.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE