UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND J. BEAL,

    Plaintiff,

v.

ROMEO ARANAS, et al.,

    Defendants.

Case No. 3:18-cv-00111-RCJ-WGC

ORDER

**I.   DISCUSSION**

On January 22, 2019, this Court ordered Plaintiff, a former inmate, to file an application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee of $400. (ECF No. 8). The Court received the mail returned as undeliverable with the notation "deceased." (ECF No. 9).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution within 90 days of the date of this order, the Court will dismiss the case.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that the Court will dismiss this case in 90 days if there is no motion to substitute filed pursuant to Federal Rule of Civil Procedure 25(a)(1).

DATED: February 27, 2019.

                                                                            William G. Cobb
                                                                    UNITED STATES MAGISTRATE JUDGE